| Case | No. | Date | Judges | Disposition |
|---|---|---|---|---|
| Tolliver v. State | 63A05–1610–CR–2321 | 03/22/2017 | MATHIAS, J.<br>PYLE, J.<br>BAKER, J. | Affirmed<br>Concurs<br>Concurs with a separate opinion |
| Roberts v. State | 49A04–1609–CR–2011 | 03/22/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Laughman v. State | 20A04–1608–CR–2003 | 03/22/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Neeley v. State | 66A03–1608–CR–1933 | 03/22/2017 | BARNES, J.<br><br>KIRSCH, J.<br>ROBB, J. | Reversed in part; Affirmed in part<br>Concurs<br>Concurs |
| Scott v. State | 49A04–1607–CR–1612 | 03/22/2017 | BARTEAU, Sr.J.<br>NAJAM, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Huffman v. State | 76A03–1609–CR–2186 | 03/22/2017 | SHARPNACK, Sr.J.<br>VAIDIK, C.J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Scruggs v. State | 49A04–1609–CR–2024 | 03/23/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Canter v. State | 32A01–1606–CR–1289 | 03/23/2017 | MAY, J.<br>NAJAM, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Paz v. State | 79A05–1603–CR–697 | 03/27/2017 | KIRSCH, J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Inman v. State | 84A04–1607–CR–1650 | 03/27/2017 | SHARPNACK, Sr.J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Baber v. State | 49A02–1607–CR–1585 | 03/27/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |